## LOUIE DE ARMOND v. STATE.

No. A-9105.   Dec. 5, 1936.
(62 Pac. [2d] 1285.)

W. H. Cooper, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of conjoint robbery with firearms, and sentenced to be confined in the state penitentiary for 35 years.

The record in this case was filed in this court on April 6, 1936; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury. The case is therefore affirmed.